FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 19 PM 3:43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SPSL OPOBO Liberia, Inc. and VERMILLION BAY Nevis, Inc.<br><br>VERSUS<br><br>Maritime Worldwide Services, Inc. And Alan L. Moore | CIVIL ACTION No.<br>SECTION: **07-3355**<br>MAGISTRATE: **SECT. B MAG. 3** |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel come plaintiffs, SPSL OPOBO Liberia, Inc. (Hereinafter "SPSL") and VERMILLION BAY Nevis, Inc. (Hereinafter "VBN") and for their complaint against defendants, Marine Worldwide Services, Inc. And Alan L. Moore, represent and aver, upon information and belief as follows:

1.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2.

Fee_____350.____
✓ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____

Plaintiff SPSL is a corporation organized and existing pursuant to the laws of Liberia. SPSL has been at all material times and continues to be the lawful and rightful owner of the barge SPSL OPOBO, which measures 87.68 meters in length, 25.68 meters in width, and 7.93 meters in depth.

3.

Plaintiff VBN is a corporation organized and existing pursuant to the laws of Nevis. VBN has been at all material times and continues to be the lawful and rightful owner of the barge VERMILLION BAY, which measures 106.68 meters in length, 18.29 meters in width, and 6.96 meters in depth.

4.

Commencing in 2002, SPSL and VBN allowed the SPSL OPOBO and the VERMILLION BAY to come under the care, custody and control of defendant Alan L. Moore, who was then an employee of KYE, Inc. For the purposes of the refurbishment, repair and renewal of the barges, at an agreed upon price, with the understanding that upon completion of the refurbishment, repair and renewal, the barges would be returned to SPSL and VBN.

5.

Despite the demands of SPSL and VBN, defendant Alan L. Moore has refused to return the SPSL OPOBO and the VERMILLION BAY to SPSL and VBN. Instead, defendants Alan Moore and Marine Worldwide Services, Inc. Have unauthorizedly assumed and exercised the right of ownership of the SPSL OPOBO and the VERMILLION BAY to the exclusion of SSL's and VAN's

rights and have unauthorizedly and wrongfully exercised dominion and control over SSL's and VAN's property.

6.

As a result of defendants unauthorized and wrongful acts, plaintiffs have suffered damages including, but not limited to, loss of use, loss of income, costs expenses and other monetary damages presently estimated to be $28,500,000.

7.

WHEREFORE, Plaintiffs demand that after due proceedings judgment be entered in their favor and against defendants ordering defendants to return to plaintiffs their property and ordering defendants to pay damages and for all other legal and equitable relief to which plaintiffs are entitled to receive.

Respectfully submitted,

MILLER & WILLIAMSON LLC

_____
I. Matthew Williamson (LA Bar 13532)
Iliaura Hands (LA Bar #23115)
3150 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 525-9800
Matt@miller-llc.com
Ili@miller-llc.com

PLEASE ISSUE SUMMONS TO:

Marine Worldwide Services, Inc.
Through its attorney in fact and agent for service of process:
Henry L. Klein
844 Bayonne Street
New Orleans, LA 70113

and

Alan L. Moore
1 Miller Lane
Metairie, LA 70002